**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 13-1-DLB-CJS**
**CIVIL ACTION NO. 14-7348-DLB-CJS**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**


**vs.**          **ORDER ADOPTING REPORT AND RECOMMENDATION**


**KEVIN DAVIS**                                                       **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 81), wherein she recommends that Defendant Kevin Davis' Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 50) and his Supplement thereto (Doc. # 65) be **denied**.  No objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration.  Having reviewed the Magistrate Judge's lengthy and thorough R&R, the Court concludes that it is sound in all respects, and agrees that Defendant's Motion should be denied.  Accordingly,

**IT IS HEREBY ORDERED** as follows:

(1)     The Report and Recommendation of the United States Magistrate Judge (Doc. # 81) be, and is, **adopted** in full as the findings of fact and conclusions of law of the Court;

1

(2)      Defendant's Motion to Vacate Pursuant to 28 U.S.C. § 2255 (Doc. # 50) and his Supplement thereto (Doc. # 65) is **denied**;

(3)      For the reasons set forth in the Report and Recommendation of the United States Magistrate Judge, the Court determines there would be no arguable merit for an appeal in this matter and, therefore, no certificate of appealability shall issue; and

(4)      This matter is hereby **dismissed with prejudice** and **stricken** from the Court's active docket.

This 25th day of August, 2015.

Signed By:

_David L. Bunning_    DB

**United States District Judge**

G:\DATA\ORDERS\Covington Criminal\2013\13-1 Order Adopting R&R re 2255.wpd

2